UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADE3, LLC, a New York limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>HALO COUTURE, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 5:17-cv-01852-MLH (SHKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND DIRECTING CLERK TO CLOSE CASE**<br><br>[Doc. No. 11.] |

On September 11, 2017, Plaintiff Made3, LLC filed a complaint for patent infringement against Defendant Halo Couture, LLC. (Doc. No. 1.) Prior to Defendant filing an answer or a motion for summary judgment, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on November 6, 2017. (Doc. No. 11.) In the notice, Plaintiff states that the parties have entered into a confidential settlement agreement to resolve the action and requests that the Court retain jurisdiction to enforce the provisions of the settlement agreement. (Id.) Accordingly, the Court dismisses the action with prejudice and directs the Clerk to close the case. The Court retains

1 | jurisdiction over the parties and the settlement agreement to enforce the provisions of the
2 | settlement agreement.
3 | **IT IS SO ORDERED.**
4 | DATED: November 7, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT